# EXHIBIT A

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 123 HOYT STREET, STAMFORD, CT 06902 | ( 203 ) 965-5308 | JUNE  30  2020 |

| [X] Judicial District  [ ] Housing Session | [ ] G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) STAMFORD | Case type code (See list on page 2) Major: V  Minor: 01 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| NICHOLAS R. NESI, 112 Hemingway Avenue, East Haven, CT 06512 | 303511 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 203 ) 800-3000 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [X] Yes  [ ] No | Email address for delivery of papers under Section 10-13 (If agreed to) nick@actionlawgroup.com |

| Number of Plaintiffs: 2 | Number of Defendants: 1 | [ ] Form JD-CV-2 attached for additional parties |

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: PAULIDOR, MACCEAU  Address: 277 Fairfield Avenue, Stamford, CT 06902 | P-01 |
| Additional Plaintiff | Name: DIMBO, FRANCES  Address: 41 Vernon Place, Apt. 3, Stamford, CT 06902 | P-02 |
| First Defendant | Name: HEMPHILL'S HORSES, FEED & SADDLERY  Address: 575 Oak Grove Road, Vassalboro, ME 04989 | D-01 |
| Additional Defendant | Name:  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" box) | [X] Commissioner of the Superior Court  [ ] Assistant Clerk | Name of Person Signing at Left NICHOLAS R. NESI | Date signed 5/7/20 |

**If this Summons is signed by a Clerk:**
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |

(Page 1 of 2)

**Instructions**

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:
   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Summary Process actions
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description | Major Description | Codes Major/Minor | Minor Description |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
|  | C 10 | Construction - State and Local |  | P 10 | Partition |
|  | C 20 | Insurance Policy |  | P 20 | Quiet Title/Discharge of Mortgage or Lien |
|  | C 30 | Specific Performance |  | P 30 | Asset Forfeiture |
|  | C 40 | Collections |  | P 90 | All other |
|  | C 90 | All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| Eminent Domain | E 00 | State Highway Condemnation |  | T 03 | Defective Premises - Private - Other |
|  | E 10 | Redevelopment Condemnation |  | T 11 | Defective Premises - Public - Snow or Ice |
|  | E 20 | Other State or Municipal Agencies |  | T 12 | Defective Premises - Public - Other |
|  | E 30 | Public Utilities & Gas Transmission Companies |  | T 20 | Products Liability - Other than Vehicular |
|  | E 90 | All other |  | T 28 | Malpractice - Medical |
|  |  |  |  | T 29 | Malpractice - Legal |
| Miscellaneous | M 00 | Injunction |  | T 30 | Malpractice - All other |
|  | M 10 | Receivership |  | T 40 | Assault and Battery |
|  | M 20 | Mandamus |  | T 50 | Defamation |
|  | M 30 | Habeas Corpus (extradition, release from Penal Institution) |  | T 61 | Animals - Dog |
|  |  |  |  | T 69 | Animals - Other |
|  | M 40 | Arbitration |  | T 70 | False Arrest |
|  | M 50 | Declaratory Judgment |  | T 71 | Fire Damage |
|  | M 63 | Bar Discipline |  | T 90 | All other |
|  | M 66 | Department of Labor Unemployment Compensation Enforcement | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
|  | M 68 | Bar Discipline - Inactive Status |  | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
|  | M 70 | Municipal Ordinance and Regulation Enforcement |  | V 05 | Motor Vehicles* - Property Damage only |
|  | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |  | V 06 | Motor Vehicle* - Products Liability Including Warranty |
|  | M 83 | Small Claims Transfer to Regular Docket |  | V 09 | Motor Vehicle* - All other |
|  | M 84 | Foreign Protective Order |  | V 10 | Boats |
|  | M 90 | All other |  | V 20 | Airplanes |
| Housing | H 10 | Housing - Return of Security Deposit |  | V 30 | Railroads |
|  | H 12 | Housing - Rent and/or Damages |  | V 40 | Snowmobiles |
|  | H 40 | Housing - Audita Querela/Injunction |  | V 90 | All other |
|  | H 50 | Housing - Administrative Appeal |  |  | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
|  | H 60 | Housing - Municipal Enforcement | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
|  | H 90 | Housing - All Other |  | W 90 | All other |

JD-CV-1  Rev. 4-16 (Back/Page 2)

(Page 2 of 2)

| | | |
|---|---|---|
| RETURN DATE: JUNE 30, 2020 | : | SUPERIOR COURT |
| MACCEAU PAULIDOR, ET AL | : | J.D. OF STAMFORD |
| VS. | : | AT STAMFORD |
| HEMPHILL'S HORSES, FEED & SADDLERY | : | MAY 7, 2020 |

## COMPLAINT

**FIRST COUNT: As to Macceau Paulidor**

1. At all times mentioned herein, I-95 was and still is a public highway running through the Town of Greenwich in the State of Connecticut.

2. On August 23, 2019 at approximately 11:15 AM, the plaintiff MACCEAU PAULIDOR was the operator of a motor vehicle which was traveling southbound on I-95 in the center lane in Greenwich, Connecticut.

3. At all times mentioned herein, the plaintiff FRANCES DIMBO was a passenger in the plaintiff MACCEAU PAULIDOR's motor vehicle.

4. At the above mentioned time and place, an unidentified defendant-operator was the operator of a motor vehicle towing a horse trailer that was owned by the defendant HEMPHILL'S HORSES, FEED & SADDLERY which was traveling southbound on I-95 behind the plaintiffs' motor vehicle in Greenwich, Connecticut.

5. At all times mentioned herein, the motor vehicle operated by the unidentified defendant-operator was owned by the defendant HEMPHILL'S HORSES, FEED & SADDLERY and the defendant-operator was operating the motor vehicle with the defendant-owner's express or implied permission and consent and/or within the scope of her employment.

6. At the above mentioned time and place, the plaintiff MACCEAU PAULIDOR was

proceeding on I-95 and slowed for heavy traffic ahead of him when suddenly and without warning the unidentified defendant-operator struck the rear of the plaintiffs' motor vehicle, causing the injuries and losses hereinafter set forth.

7. The collision and the plaintiffs' injuries and losses were caused by the carelessness and negligence of the defendant-operator and the defendant HEMPHILL'S HORSES, FEED & SADDLERY in one or more of the following ways:

    a. In that she was following too closely to the plaintiff's vehicle and, hence, could not stop the vehicle in time to avoid a collision, in violation of Section 14-240 of the Connecticut General Statutes;

    b. In that she was traveling unreasonably fast in violation of Section 14-218a of the Connecticut General Statutes;

    c. In that she failed to keep the vehicle under proper and reasonable control;

    d. In that she failed to keep a proper and reasonable lookout for other motor vehicles;

    e. In that she failed to apply the brakes in time to avoid a collision although by a proper and reasonable exercise of her faculties, she could and should have done so; and

    f. In that she was following too closely; and

    g. In that she was traveling at an unreasonable speed.

8. As a direct and proximate result of the collision and the carelessness and negligence of the the defendant-operator and the defendant HEMPHILL'S HORSES, FEED & SADDLERY, the plaintiff MACCEAU PAULIDOR suffered the

following serious and painful injuries, some or all of which are permanent in nature:

    a. Cervical strain/sprain;

    b. Cervical disc displacement;

    c. Radiculitis;

    d. Cervicalgia;

    e. Lumbar strain/sprain;

    f. Lumbalgia;

    g. Muscle spasms;

    h. Sleeplessness;

    i. Fatigue; and

    j. Post traumatic headaches.

9. As a result of his injuries, the plaintiff endured pain and suffering, loss of sleep and discomfort.

10. As a further result of his injuries, the plaintiff incurred expenses for medical care and attention, x-rays, physicians, physical therapy, and may incur additional medical expenses in the future.

11. As a further result of his injuries, the plaintiff's physical activities and leisure time pursuits have been impaired, interrupted and/or permanently diminished.

12. As a further result of his injuries, the plaintiff was unable to work for a period of time to his further financial loss.

**SECOND COUNT: As to Frances Dimbo**

1-7. Paragraphs One through Seven of the First Count are hereby made Paragraphs

One through Seven of this the Second Count and are incorporated by reference herein.

8. As a direct and proximate result of the collision and the carelessness and negligence of the defendant-operator and the defendant HEMPHILL'S HORSES, FEED & SADDLERY, the plaintiff FRANCES DIMBO suffered the following serious and painful injuries, some or all of which are permanent in nature:

   a. Concussion
   b. Cervical strain/sprain;
   c. Cervicalgia;
   d. Radiculitis;
   e. Lumbar strain/sprain;
   f. Lumbalgia;
   g. Muscle spasms;
   h. Sleeplessness;
   i. Fatigue; and
   j. Post traumatic headaches.

10. As a result of her injuries, the plaintiff endured pain and suffering, loss of sleep and discomfort.

11. As a further result of her injuries, the plaintiff incurred expenses for medical care and attention, x-rays, physicians, physical therapy, and may incur additional medical expenses in the future.

12. As a further result of her injuries, the plaintiff's physical activities and leisure time pursuits have been impaired, interrupted and/or permanently diminished.

**WHEREFORE**, the plaintiffs claim monetary damages.

THE PLAINTIFFS,

By: _____
Nicholas R. Nesi
112 Hemingway Avenue
East Haven, CT  06512
T: (203) 800-3000
F: (203) 691-8434
Juris No. 303511

| | |
|---|---|
| RETURN DATE: JUNE 30, 2020 | : SUPERIOR COURT |
| MACCEAU PAULIDOR, ET AL | : J.D. OF STAMFORD |
| VS. | : AT STAMFORD |
| HEMPHILL'S HORSES, FEED & SADDLERY | : MAY 7, 2020 |

## AD DAMNUM

The plaintiffs claim monetary damages in excess of FIFTEEN THOUSAND ($15,000.00) DOLLARS, exclusive of interest and costs.

THE PLAINTIFFS,

By: _____
Nicholas R. Nesi
112 Hemingway Avenue
East Haven, CT 06512
T: (203) 800-3000
F: (203) 691-8434
Juris No. 303511